IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 30 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-01693-BNB

DONALD CARL MCCRANEY, ID #74347, @ Arapahoe County Jail,

  Plaintiff,

v.

DENVER COUNTY SHERIFF'S DEPARTMENT @ Denver City Jail, et al.,

  Defendant.

## ORDER DISMISSING CASE

Plaintiff, Donald Carl McCraney, is a prisoner incarcerated at the Arapahoe County Detention Facility in Centennial, Colorado. He initiated this action by filing *pro se* a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint.

In an order filed on August 10, 2007, Magistrate Judge Boyd N. Boland ordered Mr. McCraney to cure within thirty days certain enumerated deficiencies in the case. Specifically, Mr. McCraney was directed, among other deficiencies, to submit a certified copy of his trust fund account statement for the six-month period immediately preceding this filing. The August 10 order warned Mr. McCraney that failure to cure the designated deficiencies within the time allowed would result in the dismissal of the instant action.

On August 21, 2007, Mr. McCraney submitted to and filed with the Court a motion to dismiss without prejudice. The Court must construe liberally the August 21

motion because Mr. McCraney filed the motion on his own behalf. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). Therefore, the Court will construe the August 21 motion liberally as a notice of voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Rule 41(a)(1) provides that "an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment." No response has been filed by Defendant in this action. A voluntary dismissal pursuant to Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. *See Hyde Constr. Co.*, 388 F.2d at 507.

Accordingly, it is

ORDERED that the motion to dismiss without prejudice that Plaintiff, Donald Carl McCraney, submitted to and filed with the Court on August 21, 2007, is construed liberally as a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1). It is

FURTHER ORDERED that the voluntary dismissal is effective as of August 21, 2007, the date the liberally construed notice of dismissal was filed in this action. It is

FURTHER ORDERED that the complaint and the action are dismissed without prejudice. It is

FURTHER ORDERED that the motion for leave to proceed pursuant to 28 U.S.C. § 1915 is denied as moot. It is

FURTHER ORDERED that judgment is entered in favor of Defendant and against Plaintiff.

DATED at Denver, Colorado, this 29 day of Aug., 2007.

BY THE COURT:

*[signature]*

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01693-BNB

Donald C. McCraney
Prisoner No. 7347
Arapahoe County Jail
PO Box 4918
Centennial, CO 80155

  I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  8/30/07

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk